UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,                                          Crim. No. 14-123 (PAM/LIB)

          Plaintiff,

v.                                                                                            **ORDER**

Corey Victor Bevins,

          Defendant.

This matter is before the Court on Defendant's Pro Se Motions to recall a mandate of the Eighth Circuit Court of Appeals and for a 90-day extension of time to file a § 2255 Motion. (Docket Nos. 125, 127.) It appears that Defendant intended his Motion to be directed to the Eighth Circuit Court of Appeals, because only that court can offer the relief he seeks. This Motion is transferred to the Eighth Circuit Court of Appeals.

Defendant's Motion for Time Extension seeks a second 90-day extension of time to file a § 2255 Motion. The Court granted Defendant's first request for a 90-day extension on January 30, 2018. (Docket No. 121.) Defendant claims that he needs additional time to acquire and review documents relevant to his § 2255 Motion. Defendant has established that he is entitled to a second extension.

Accordingly, **IT IS HEREBY ORDERED that**:

1. Defendant's Pro Se Motion to Recall the Mandate (Docket No. 125) is **TRANSFERRED** to the Eighth Circuit Court of Appeals;

2

2. Defendant's Pro Se Motion for Time Extension (Docket No. 127) is **GRANTED**; and

3. Defendant may file his § 2255 Motion up to and including 180 days after the otherwise applicable statutory limitation.

Dated: <u>April 18, 2018</u>

<u>s/ Paul A. Magnuson</u>
Paul A. Magnuson
United States District Court Judge